UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

--------------------------------------------------------- X

WILLIAM NALLY,

Plaintiff,

-against-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Defendant.

--------------------------------------------------------- X

Civil Action No. 1:26-cv-03659

**R. 7.1 CORPORATE DISCLOSURE
STATEMENT**

## DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant The Prudential Insurance Company of America states that it is a wholly-owned subsidiary of Prudential Financial, Inc.  Prudential Financial, Inc. is a publicly traded company, and no parent corporation or any publicly-held corporation owns 10 percent or more of its stock.

Dated: New York, New York
           June 10, 2026

Respectfully submitted,

SEYFARTH SHAW LLP

By: */s/ Alnisa Bell*
_____
      Alnisa Bell
      abell@seyfarth.com
      620 Eighth Avenue
      New York, New York  10018
      Telephone:  (212) 218-5500
      Facsimile:  (212) 218-5526

      *Attorneys for Defendant*
      *The Prudential Insurance Company of America*

**<u>CERTIFICATE OF SERVICE</u>**

I, the undersigned attorney, hereby certify that I have caused to be served a copy of DEFENDANT THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S CORPORATE DISCLOSURE STATEMENT, by electronic filing using the CM/ECF system, which will send notification of such filings to same on this 10th day of June 2026, upon counsel of record as follows:

Larissa Staskwiz
Swartz Culleton PC
547 E. Washington Ave.
Newtown, PA 18940
215-550-6553
Fax: 215-550-6557
Email: lstaszkiw@swartzculleton.com

> */s/ Alnisa Bell*
> Alnisa Bell