UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

WILLIAM NALLY,

                Plaintiff,

     -against-

THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA,

Defendant.

. Case No. 1:26-cv-03659

**MOTION FOR ADMISSION *PRO HAC VICE***

                                     X

       Pursuant to Rule 1.3 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I, Julie M. Kamps, hereby move this Court for an Order for admission to practice *Pro Hac Vice* to appear as counsel for Defendant The Prudential Insurance Company of America ("Defendant") in the above-captioned action.

       I am a member in good standing of the bar of the State of Illinois, and there are no pending disciplinary proceedings against me in any state or federal court.  I have never been convicted of a felony. I have never been censured, suspended, disbarred or denied admission or readmission by any court. Pursuant to Local Rule 1.3, I have attached the Affidavit of Julie M. Kamps, Esq., together with Exhibit A annexed thereto.  A proposed Order for Admission *Pro Hac Vice* on Written Motion is also filed herewith.

326828064v.1

2

Dated:  July 9, 2026

        SEYFARTH SHAW LLP

        By: */s/ Julie M. Kamps*
            Julie M. Kamps
            Seyfarth Shaw LLP
            233 S. Wacker Drive
            Suite 8000
            Chicago, IL 60606
            Email: jkamps@seyfarth.com
            *Attorneys for Defendant The Prudential Insurance Company of America*

326828064v.1

3

## <u>CERTIFICATE OF SERVICE</u>

I, Julie M. Kamps, hereby certify that on July 9, 2026 I electronically filed the foregoing

MOTION FOR ADMISSION PRO HAC VICE, via the Court's CM/ECF system, which sent

notification to all counsel of record.

/s/ Julie M. Kamps
Julie M. Kamps

3

326828064v.1